# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

April 5, 2024

Hon. Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy      4-5-2024

Re: <u>United States v. Jhoan Diaz-Feliz</u>
7:24-mj-01165-UA

Dear Judge McCarthy:

I was assigned to represent Mr. Diaz-Feliz at his initial appearance. New counsel was appointed and my services were thereupon terminated. Nonetheless, I am receiving Notices of Electronic Filing ("NEFs") because I represented my former client at his first appearance. I expect there will be many such NEFs in this matter.

This is an application for an order asking the Clerk of the Court to remove my email address from those to whom such NEFs are routinely provided.

Very truly yours,

/s/ Richard D. Willstatter
Richard D. Willstatter